

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| APC Home Health Services Inc., | § | No. 08-18-00171-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| Lucina Martinez, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV4119) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **March 15, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffrey B. Pownell, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before March 15, 2019.

IT IS SO ORDERED this 22nd day of February, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.